1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6
7
8            **IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA**
9
10
11 OLEG KLIMENKO,                      )    2:08-cv-00638-GEB-KJM
                                       )
12           Plaintiff,                )
                                       )
13      v.                             )
                                       )    **STIPULATION RE:**
14 MICHAEL CHERTOFF, et al.,           )    **REMAND AND RESPONDENTS'**
                                       )    **ANSWER AND**
15           Defendants.               )    **[PROPOSED] ORDER**
                                       )
16 _____)

17       This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and
18 Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek
19 de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate
20 the application. Because of the jurisdictional posture of the case, the agency cannot complete that
21 process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the
22 parties jointly agree that the case should be remanded with instructions to complete adjudication of
23 the case within 60 days from the date of the order of remand. In the event CIS fails to timely
24 complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a
25 scheduling conference will take place as soon as possible.

26
27
28

Dated: May 13, 2008    Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents

By:   /s/ Tiffani S. Sharp
Tiffani S. Sharp
Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

Dated: May 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge